UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Prisoner Authorization Form

Case Number: 3:08cv1172 (VLB)

Filing Date: July 25, 2008

Inmate Name: Derrick D. Griffin

Inmate Number: L10895

D.O.C. Facility: Desoto Correctional

Case Caption: Derrick Devon Griffin v. Falmun Dhaqua, et al

I, Derrick Devon Griffin, request and authorize the Department of Correction or any other agency holding me in custody, to send to the CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, certified copies of my inmate trust fund account statements (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915 (b), to deduct those amounts from my inmate trust fund account (or institutional equivalent) and to disburse those amounts AS INSTRUCTED BY THE UNITED STATES DISTRICT COURT.

This authorization is furnished with the above numbered and entitled case and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT IF I AM PERMITTED TO PROCEED IN FORMA PAUPERIS THE ENTIRE FILING FEE OF $_____ WILL BE PAID IN MONTHLY INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY INMATE TRUST FUND ACCOUNT **EVEN IF MY CASE IS DENIED OR DISMISSED**.

_____        July 25, 2008
Signature of Inmate              Date Signed